**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

| | |
|---|---|
| Matthew Parish, *et al.*, *Plaintiffs*, | Civ. No. 5:17-CV-0344(BKS/DEP) |
| -against- | |
| Peter S. Kosinski, *et al.*, *Defendants*. | |

**ORDER TO SHOW CAUSE**

The Court has considered Plaintiffs' complaint, Plaintiffs' motion for preliminary injunction and all of its accompanying documents, including the Affidavit of Timothy J. Lambrecht, Esq. dated March 27, 2017. On the basis of these papers, Plaintiffs have sufficiently shown cause that this action is extremely time sensitive and that the Court should dispense with the notice of motion requirement of Local Rule 7.1(b). Therefore, it is **ORDERED**:

That Defendants show cause before a term of this Court to be held at the United States Courthouse for the Northern District of New York, Syracuse, New York, on the ____ day of ____, 2017, at ____ AM/PM of that day, or as soon thereafter as counsel may be heard, why a preliminary or permanent injunction pursuant to Federal Rule of Civil Procedure 65 should not be issued ordering that Defendants should be enjoined from enforcing N.Y. Elec. Law §§ 6-204(1), 6-206(2), 15-108(3), and 15-108(4), and why such other and further relief should not be

granted to the plaintiffs that to this Court may seem just and proper; and it is further **ORDERED**:

That as the issues addressed in this action involve purely matters of constitutional and legal interpretation, and as little to no fact discovery will be required, the trial on the merits of this action be, and is, advanced to and consolidated with the hearing on Plaintiffs' motion for a preliminary injunction pursuant to Federal Rule of Civil Procedure 65(a)(2), with the trial on the merits to be had before this court beginning on the ____ day of ____, 2017, at ____ AM/PM. And it is further **ORDERED**:

That this Order and the papers upon which it is based shall be served on Defendants in the following manner:

______________________________________________________________________

______________________________________________________________________

no later than ______________, 2017, which shall be deemed good and sufficient service thereof; and it is further **ORDERED**:

That Defendants shall file and serve answering papers on Plaintiffs on or before the 6th day of April, 2017 and Plaintiffs shall file and serve reply papers on Defendants on or before the 13th day of April 2017.

**SO ORDERED.**

Dated: March ____, 2017
Syracuse, New York

____________________________
Hon. Brenda K. Sannes
United States District Judge