**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

| | |
|---|---|
| Matthew Parish, *et al.*, *Plaintiffs*, -against- Peter S. Kosinski, *et al.*, *Defendants*. | Civ. No. 5:17-CV-0344(BKS/DEP) |

**PROPOSED ORDER**

Plaintiffs have moved, pursuant to Fed. R. Civ. P. 65(a), that a preliminary injunction be issued to enjoin the Defendants from enforcing New York's witness residency requirement for party designating petitions and independent nominating petitions to access the ballot in village elections. Plaintiffs have also moved that this Court, pursuant to Fed. R. Civ. P. 65(a)(2) collapse the motion for a preliminary injunction into a ruling on the merits.

It appearing that the motion is well taken, it is this ____ day of _____________ 2017:

ORDERED that plaintiff's motion is GRANTED and Defendants are **preliminarily/permanently** enjoined.

Defendants are specifically prohibited from enforcing the following laws:

- The witness residency requirement required for party designating petitions and codified at N.Y. Elec. Law §§ 6-204(1); *id*. § 15-108(3).
- The witness residency requirement required for independent nominating petitions codified at N.Y. Elec. Law § 6-206(2), *id*. § 15-108(4).

And it is FURTHERED ORDERED that Defendants pay to Plaintiffs, pursuant to 42 U.S.C. § 1988 their reasonable attorneys' fees and expenses, as well as all other costs and expenses incurred in prosecuting this action.

**SO ORDERED.**

Dated: March ____, 2017
Syracuse, New York

______________________________
*Hon. Brenda* K. *Sannes*
United States District Judge