**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

| | |
|---|---|
| Matthew Parish,<br><br>*et al.*,<br><br>*Plaintiffs*,<br><br>-against-<br><br>Peter S. Kosinski,<br><br>*et al.*,<br>*Defendants*. | Civ. No. 5:17-CV-0344(BKS/DEP) |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION OR IN THE ALTERNATIVE FOR A PERMANENT INJUNCTION**

Pursuant to Fed. R. Civ. P. 65(a)(1), Plaintiffs Matthew Parish, Tom Connolly, Thomas Jaccarino, and the Independence Party of New York (collectively, 'Plaintiffs'), request that this Court enter an injunction preliminarily enjoining the Defendants, their agents, and successors from enforcing the witness residency requirement for party designating petitions and independent nominating petitions in village elections. *See* N.Y. Elec. Law §§ 6-204(1), 6-206(2), 15-108(3), and 15-108(4).

Additionally, pursuant to Fed. R. Civ. P. 65(a)(2), Plaintiffs request that this Court collapse the hearing on the preliminary injunction into a hearing on the merits.

DATED: March 28, 2017
Respectfully submitted,

/s/ Timothy J. Lambrecht
Timothy J. Lambrecht, Esq. (510390)
The Wladis Law Firm, P.C.
6312 Fly Road
Syracuse, New York 13057
Phone: 315-445-1700
Fax: 315-251-1073
tlambrecht@wladislawfirm.com

/s/ Jason Torchinsky
Jason Torchinsky (VA 47481)*
Shawn Toomey Sheehy (VA 82630)*
Steven P. Saxe
Phil M. Gordon
HOLTZMAN VOGEL
JOSEFIAK TORCHINSKY PLLC
45 North Hill Drive, Suite 100
Warrenton, Virginia 20186
Phone: 540-341-8808
Fax: 540-341-8809
jtorchinsky@hvjt.law
ssheehy@hvjt.law
spsaxe@hvjt.law
pgordon@hvjt.law

*pro hac vice applications pending

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been filed with the Clerk via the CM/ECF system that has sent a Notice of Electronic filing to all counsel of record.

/s/ Timothy J. Lambrecht
Timothy J. Lambrecht, Esq