**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

| | |
|---|---|
| Matthew Parish, *et al.*, *Plaintiffs*, -against- Peter S. Kosinski, *et al.*, *Defendants*. | Civ. Action No.: 5:17-CV-0344(BKS/DEP) |

## AFFIDAVIT OF TOM CONNOLLY VICE-CHAIR OF THE NEW YORK INDEPENDENCE PARTY

I, Tom Connolly, pursuant to 28 U.S.C. § 1746, declare as follows under penalty of perjury:

1. My name is Tom Connolly. I have personal knowledge of the facts set forth herein and am otherwise competent to testify.

2. I am a United States Citizen, and I reside at 19 Dobert Court Wynantskill, New York 12198.

3. Wynantskill is a hamlet within the Town of North Greenbush in Rensselaer County. I am currently a registered New York voter and am Vice-Chair of the Independence Party of New York.

4. As a registered New York voter and Vice-Chair of the New York Independence Party, I want to serve as a witness for candidate petitions in village elections both within and outside Rensselaer County. I specifically want to serve as a witness to independent

nominating petitions and party designating petitions for candidates in the upcoming June 20, 2017 elections in the villages of North Syracuse and Liverpool.

5. I plan to circulate these petitions, but N.Y. Elec. Law §§ 6-204(1), 6-206(2), *id.* §§ 15-108(3) and 15-108(4) prohibits me from doing so because I am not a resident of either the Village of North Syracuse or the Village of Liverpool.

6. Because of the witness residency requirement contained in N.Y. Elec. Law §§ 6-204(1), 6-206(2), *id.* §§ 15-108(3) and 15-108(4), I have not circulated petitions in either the Village of North Syracuse or the Village of Liverpool.

7. I have attached as Exhibit A to this affidavit a true a correct copy of the New York State Voter Enrolment By County, Party Affiliation and Status that was drafted by the New York State Board of Elections.

8. I have also attached as Exhibit B to this affidavit a true and correct copy of the Onondaga County Board of Elections numbers of Voter Affiliation By Village District.

9. As Vice-Chair of the Independence Party of New York, I know that there are 243 voters affiliated with the Independence Party in the Village of North Syracuse. *See* Ex. B.

10. I also know that there are 84 voters affiliated with the Independence Party in the Village of Liverpool. *See* Ex. B.

11. There are 16,578 enrolled Independence Party members in Onondaga County. *See* Ex. A at 5.

12. There are 501,738 enrolled Independence Party members in the State of New York. *See* Ex. A at 10.

13. N.Y. Elec. Law §§ 6-204(1), 15-108(3) drastically reduces the number of Independence Party members who can speak to the residents the Village of North Syracuse and the

Village of Liverpool. It also drastically reduces the number of Independence Party members who can associate with candidates in the Village of North Syracuse and the Village of Liverpool.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this March 23, 2017.

Wynantskill, New York

Tom Connolly