# EXHIBIT

# A

# NYSVoter Enrollment by County, Party Affiliation and Status
## Voters Registered as of November 1, 2016

| REGION | COUNTY | STATUS | DEM | REP | CON | GRE | WOR | IND | WEP | REF | OTH | BLANK | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Outside NYC | Albany | Active | 91,658 | 35,821 | 2,991 | 525 | 608 | 9,612 | 49 | 14 | 198 | 41,926 | 183,402 |
| Outside NYC | Albany | Inactive | 11,327 | 3,304 | 330 | 96 | 124 | 1,242 | 4 | 0 | 104 | 5,647 | 22,178 |
| Outside NYC | Albany | Total | 102,985 | 39,125 | 3,321 | 621 | 732 | 10,854 | 53 | 14 | 302 | 47,573 | 205,580 |
| Outside NYC | Allegany | Active | 5,943 | 12,414 | 439 | 80 | 128 | 1,275 | 2 | 2 | 14 | 4,797 | 25,094 |
| Outside NYC | Allegany | Inactive | 486 | 663 | 29 | 10 | 17 | 131 | 0 | 0 | 4 | 492 | 1,832 |
| Outside NYC | Allegany | Total | 6,429 | 13,077 | 468 | 90 | 145 | 1,406 | 2 | 2 | 18 | 5,289 | 26,926 |
| Outside NYC | Broome | Active | 42,748 | 41,370 | 1,571 | 360 | 587 | 6,123 | 25 | 26 | 93 | 22,609 | 115,512 |
| Outside NYC | Broome | Inactive | 6,222 | 3,904 | 160 | 96 | 146 | 1,034 | 5 | 1 | 35 | 4,698 | 16,301 |
| Outside NYC | Broome | Total | 48,970 | 45,274 | 1,731 | 456 | 733 | 7,157 | 30 | 27 | 128 | 27,307 | 131,813 |
| Outside NYC | Cattaraugus | Active | 14,570 | 17,372 | 1,106 | 121 | 275 | 2,272 | 13 | 10 | 12 | 9,145 | 44,896 |
| Outside NYC | Cattaraugus | Inactive | 2,074 | 1,971 | 146 | 27 | 74 | 438 | 1 | 0 | 8 | 1,858 | 6,597 |
| Outside NYC | Cattaraugus | Total | 16,644 | 19,343 | 1,252 | 148 | 349 | 2,710 | 14 | 10 | 20 | 11,003 | 51,493 |
| Outside NYC | Cayuga | Active | 14,857 | 16,569 | 1,236 | 156 | 228 | 2,483 | 4 | 1 | 20 | 9,843 | 45,397 |
| Outside NYC | Cayuga | Inactive | 1,456 | 1,295 | 99 | 18 | 50 | 314 | 0 | 0 | 2 | 1,312 | 4,546 |
| Outside NYC | Cayuga | Total | 16,313 | 17,864 | 1,335 | 174 | 278 | 2,797 | 4 | 1 | 22 | 11,155 | 49,943 |
| Outside NYC | Chautauqua | Active | 25,852 | 25,248 | 1,943 | 185 | 459 | 4,757 | 8 | 25 | 79 | 18,314 | 76,870 |
| Outside NYC | Chautauqua | Inactive | 2,694 | 2,169 | 190 | 32 | 75 | 616 | 0 | 0 | 15 | 2,687 | 8,478 |
| Outside NYC | Chautauqua | Total | 28,546 | 27,417 | 2,133 | 217 | 534 | 5,373 | 8 | 25 | 94 | 21,001 | 85,348 |
| Outside NYC | Chemung | Active | 15,523 | 20,200 | 793 | 111 | 273 | 3,097 | 5 | 10 | 20 | 10,391 | 50,423 |
| Outside NYC | Chemung | Inactive | 1,731 | 1,727 | 84 | 15 | 39 | 428 | 0 | 0 | 3 | 1,493 | 5,520 |
| Outside NYC | Chemung | Total | 17,254 | 21,927 | 877 | 126 | 312 | 3,525 | 5 | 10 | 23 | 11,884 | 55,943 |

# NYSVoter Enrollment by County, Party Affiliation and Status
## Voters Registered as of November 1, 2016

| REGION | COUNTY | STATUS | DEM | REP | CON | GRE | WOR | IND | WEP | REF | OTH | BLANK | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Outside NYC | Chenango | Active | 7,218 | 12,267 | 507 | 139 | 182 | 1,682 | 6 | 0 | 14 | 6,423 | 28,438 |
| Outside NYC | Chenango | Inactive | 735 | 963 | 39 | 20 | 39 | 196 | 1 | 0 | 3 | 940 | 2,936 |
| Outside NYC | Chenango | Total | 7,953 | 13,230 | 546 | 159 | 221 | 1,878 | 7 | 0 | 17 | 7,363 | 31,374 |
| Outside NYC | Clinton | Active | 17,003 | 14,234 | 509 | 94 | 246 | 3,244 | 6 | 6 | 0 | 10,860 | 46,202 |
| Outside NYC | Clinton | Inactive | 1,643 | 1,115 | 40 | 21 | 35 | 439 | 0 | 0 | 0 | 1,544 | 4,837 |
| Outside NYC | Clinton | Total | 18,646 | 15,349 | 549 | 115 | 281 | 3,683 | 6 | 6 | 0 | 12,404 | 51,039 |
| Outside NYC | Columbia | Active | 13,798 | 12,050 | 1,098 | 204 | 215 | 2,830 | 10 | 1 | 22 | 11,302 | 41,530 |
| Outside NYC | Columbia | Inactive | 1,093 | 654 | 76 | 20 | 29 | 288 | 0 | 0 | 5 | 903 | 3,068 |
| Outside NYC | Columbia | Total | 14,891 | 12,704 | 1,174 | 224 | 244 | 3,118 | 10 | 1 | 27 | 12,205 | 44,598 |
| Outside NYC | Cortland | Active | 8,879 | 9,939 | 453 | 100 | 138 | 1,591 | 6 | 2 | 5 | 6,784 | 27,897 |
| Outside NYC | Cortland | Inactive | 1,153 | 911 | 51 | 22 | 33 | 257 | 0 | 0 | 1 | 1,482 | 3,910 |
| Outside NYC | Cortland | Total | 10,032 | 10,850 | 504 | 122 | 171 | 1,848 | 6 | 2 | 6 | 8,266 | 31,807 |
| Outside NYC | Delaware | Active | 7,296 | 11,629 | 488 | 115 | 110 | 1,607 | 3 | 2 | 13 | 5,400 | 26,663 |
| Outside NYC | Delaware | Inactive | 837 | 872 | 39 | 9 | 25 | 199 | 0 | 0 | 5 | 794 | 2,780 |
| Outside NYC | Delaware | Total | 8,133 | 12,501 | 527 | 124 | 135 | 1,806 | 3 | 2 | 18 | 6,194 | 29,443 |
| Outside NYC | Dutchess | Active | 60,383 | 51,863 | 3,619 | 498 | 760 | 10,415 | 36 | 41 | 148 | 48,974 | 176,737 |
| Outside NYC | Dutchess | Inactive | 7,445 | 4,607 | 294 | 86 | 125 | 1,241 | 1 | 0 | 20 | 5,658 | 19,477 |
| Outside NYC | Dutchess | Total | 67,828 | 56,470 | 3,913 | 584 | 885 | 11,656 | 37 | 41 | 168 | 54,632 | 196,214 |
| Outside NYC | Erie | Active | 287,080 | 151,406 | 13,631 | 1,692 | 3,002 | 28,951 | 86 | 37 | 551 | 108,713 | 595,149 |
| Outside NYC | Erie | Inactive | 20,565 | 8,546 | 600 | 160 | 332 | 2,211 | 0 | 0 | 58 | 9,574 | 42,046 |
| Outside NYC | Erie | Total | 307,645 | 159,952 | 14,231 | 1,852 | 3,334 | 31,162 | 86 | 37 | 609 | 118,287 | 637,195 |

## NYSVoter Enrollment by County, Party Affiliation and Status
### Voters Registered as of November 1, 2016

| REGION | COUNTY | STATUS | DEM | REP | CON | GRE | WOR | IND | WEP | REF | OTH | BLANK | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Outside NYC | Essex | Active | 6,503 | 10,788 | 211 | 85 | 56 | 1,773 | 0 | 1 | 10 | 4,546 | 23,973 |
| Outside NYC | Essex | Inactive | 838 | 1,123 | 30 | 24 | 21 | 309 | 1 | 0 | 5 | 821 | 3,172 |
| Outside NYC | Essex | Total | 7,341 | 11,911 | 241 | 109 | 77 | 2,082 | 1 | 1 | 15 | 5,367 | 27,145 |
| Outside NYC | Franklin | Active | 9,710 | 8,519 | 340 | 66 | 103 | 1,640 | 1 | 3 | 2 | 4,790 | 25,174 |
| Outside NYC | Franklin | Inactive | 931 | 726 | 42 | 17 | 27 | 249 | 0 | 0 | 2 | 818 | 2,812 |
| Outside NYC | Franklin | Total | 10,641 | 9,245 | 382 | 83 | 130 | 1,889 | 1 | 3 | 4 | 5,608 | 27,986 |
| Outside NYC | Fulton | Active | 7,943 | 15,887 | 554 | 76 | 169 | 1,735 | 6 | 2 | 9 | 6,190 | 32,571 |
| Outside NYC | Fulton | Inactive | 384 | 522 | 21 | 10 | 14 | 96 | 0 | 0 | 0 | 402 | 1,449 |
| Outside NYC | Fulton | Total | 8,327 | 16,409 | 575 | 86 | 183 | 1,831 | 6 | 2 | 9 | 6,592 | 34,020 |
| Outside NYC | Genesee | Active | 9,167 | 15,829 | 952 | 102 | 201 | 1,931 | 5 | 4 | 78 | 8,465 | 36,734 |
| Outside NYC | Genesee | Inactive | 544 | 724 | 47 | 11 | 19 | 139 | 0 | 0 | 7 | 575 | 2,066 |
| Outside NYC | Genesee | Total | 9,711 | 16,553 | 999 | 113 | 220 | 2,070 | 5 | 4 | 85 | 9,040 | 38,800 |
| Outside NYC | Greene | Active | 7,075 | 11,641 | 816 | 150 | 145 | 1,914 | 5 | 1 | 1 | 7,568 | 29,316 |
| Outside NYC | Greene | Inactive | 910 | 1,116 | 87 | 25 | 20 | 273 | 0 | 0 | 0 | 1,064 | 3,495 |
| Outside NYC | Greene | Total | 7,985 | 12,757 | 903 | 175 | 165 | 2,187 | 5 | 1 | 1 | 8,632 | 32,811 |
| Outside NYC | Hamilton | Active | 870 | 2,457 | 69 | 9 | 6 | 227 | 0 | 0 | 3 | 561 | 4,202 |
| Outside NYC | Hamilton | Inactive | 134 | 345 | 11 | 0 | 1 | 51 | 0 | 0 | 2 | 106 | 650 |
| Outside NYC | Hamilton | Total | 1,004 | 2,802 | 80 | 9 | 7 | 278 | 0 | 0 | 5 | 667 | 4,852 |
| Outside NYC | Herkimer | Active | 10,218 | 18,138 | 696 | 108 | 140 | 2,482 | 5 | 27 | 7 | 6,691 | 38,512 |
| Outside NYC | Herkimer | Inactive | 792 | 1,047 | 40 | 9 | 21 | 241 | 0 | 0 | 3 | 668 | 2,821 |
| Outside NYC | Herkimer | Total | 11,010 | 19,185 | 736 | 117 | 161 | 2,723 | 5 | 27 | 10 | 7,359 | 41,333 |

# NYSVoter Enrollment by County, Party Affiliation and Status
## Voters Registered as of November 1, 2016

| REGION | COUNTY | STATUS | DEM | REP | CON | GRE | WOR | IND | WEP | REF | OTH | BLANK | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Outside NYC | Jefferson | Active | 15,872 | 23,427 | 862 | 146 | 219 | 3,192 | 8 | 3 | 26 | 12,518 | 56,273 |
| Outside NYC | Jefferson | Inactive | 2,633 | 2,818 | 122 | 25 | 51 | 594 | 0 | 0 | 9 | 2,985 | 9,237 |
| Outside NYC | Jefferson | Total | 18,505 | 26,245 | 984 | 171 | 270 | 3,786 | 8 | 3 | 35 | 15,503 | 65,510 |
| Outside NYC | Lewis | Active | 4,272 | 8,590 | 277 | 32 | 60 | 847 | 1 | 0 | 3 | 2,856 | 16,938 |
| Outside NYC | Lewis | Inactive | 281 | 454 | 17 | 1 | 3 | 74 | 0 | 0 | 0 | 242 | 1,072 |
| Outside NYC | Lewis | Total | 4,553 | 9,044 | 294 | 33 | 63 | 921 | 1 | 0 | 3 | 3,098 | 18,010 |
| Outside NYC | Livingston | Active | 10,423 | 16,837 | 924 | 151 | 148 | 1,887 | 7 | 2 | 58 | 8,637 | 39,074 |
| Outside NYC | Livingston | Inactive | 956 | 928 | 57 | 19 | 19 | 199 | 0 | 0 | 6 | 964 | 3,148 |
| Outside NYC | Livingston | Total | 11,379 | 17,765 | 981 | 170 | 167 | 2,086 | 7 | 2 | 64 | 9,601 | 42,222 |
| Outside NYC | Madison | Active | 11,307 | 15,939 | 899 | 125 | 231 | 2,686 | 4 | 3 | 41 | 9,690 | 40,925 |
| Outside NYC | Madison | Inactive | 1,185 | 1,164 | 70 | 25 | 23 | 293 | 0 | 0 | 6 | 1,081 | 3,847 |
| Outside NYC | Madison | Total | 12,492 | 17,103 | 969 | 150 | 254 | 2,979 | 4 | 3 | 47 | 10,771 | 44,772 |
| Outside NYC | Monroe | Active | 183,861 | 130,178 | 8,285 | 1,332 | 1,599 | 21,416 | 74 | 17 | 566 | 112,680 | 460,008 |
| Outside NYC | Monroe | Inactive | 15,261 | 7,125 | 413 | 130 | 188 | 1,659 | 2 | 0 | 63 | 8,438 | 33,279 |
| Outside NYC | Monroe | Total | 199,122 | 137,303 | 8,698 | 1,462 | 1,787 | 23,075 | 76 | 17 | 629 | 121,118 | 493,287 |
| Outside NYC | Montgomery | Active | 9,103 | 9,461 | 663 | 64 | 116 | 1,532 | 5 | 8 | 22 | 6,286 | 27,260 |
| Outside NYC | Montgomery | Inactive | 903 | 746 | 78 | 10 | 33 | 195 | 0 | 0 | 2 | 921 | 2,888 |
| Outside NYC | Montgomery | Total | 10,006 | 10,207 | 741 | 74 | 149 | 1,727 | 5 | 8 | 24 | 7,207 | 30,148 |
| Outside NYC | Nassau | Active | 382,740 | 325,712 | 10,634 | 1,655 | 2,384 | 36,482 | 149 | 94 | 354 | 235,292 | 995,496 |
| Outside NYC | Nassau | Inactive | 15,209 | 11,713 | 391 | 89 | 85 | 1,545 | 1 | 0 | 9 | 8,512 | 37,554 |
| Outside NYC | Nassau | Total | 397,949 | 337,425 | 11,025 | 1,744 | 2,469 | 38,027 | 150 | 94 | 363 | 243,804 | 1,033,050 |

## NYSVoter Enrollment by County, Party Affiliation and Status
### Voters Registered as of November 1, 2016

| REGION | COUNTY | STATUS | DEM | REP | CON | GRE | WOR | IND | WEP | REF | OTH | BLANK | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Outside NYC | Niagara | Active | 51,893 | 42,952 | 3,138 | 439 | 1,180 | 6,613 | 25 | 34 | 85 | 23,823 | 130,182 |
| Outside NYC | Niagara | Inactive | 2,674 | 1,768 | 120 | 32 | 82 | 346 | 0 | 1 | 8 | 1,674 | 6,705 |
| Outside NYC | Niagara | Total | 54,567 | 44,720 | 3,258 | 471 | 1,262 | 6,959 | 25 | 35 | 93 | 25,497 | 136,887 |
| Outside NYC | Oneida | Active | 44,818 | 48,769 | 2,114 | 282 | 520 | 7,746 | 21 | 14 | 103 | 25,314 | 129,701 |
| Outside NYC | Oneida | Inactive | 4,571 | 3,893 | 188 | 42 | 90 | 1,035 | 1 | 0 | 7 | 3,287 | 13,114 |
| Outside NYC | Oneida | Total | 49,389 | 52,662 | 2,302 | 324 | 610 | 8,781 | 22 | 14 | 110 | 28,601 | 142,815 |
| Outside NYC | Onondaga | Active | 105,516 | 83,633 | 4,888 | 1,002 | 1,288 | 14,842 | 52 | 19 | 311 | 74,223 | 285,774 |
| Outside NYC | Onondaga | Inactive | 11,761 | 5,888 | 376 | 147 | 212 | 1,736 | 1 | 0 | 39 | 8,375 | 28,535 |
| Outside NYC | Onondaga | Total | 117,277 | 89,521 | 5,264 | 1,149 | 1,500 | 16,578 | 53 | 19 | 350 | 82,598 | 314,309 |
| Outside NYC | Ontario | Active | 20,347 | 26,890 | 1,384 | 238 | 223 | 3,986 | 15 | 10 | 23 | 16,942 | 70,058 |
| Outside NYC | Ontario | Inactive | 829 | 986 | 71 | 11 | 19 | 226 | 0 | 0 | 3 | 929 | 3,074 |
| Outside NYC | Ontario | Total | 21,176 | 27,876 | 1,455 | 249 | 242 | 4,212 | 15 | 10 | 26 | 17,871 | 73,132 |
| Outside NYC | Orange | Active | 79,050 | 69,701 | 4,327 | 624 | 1,130 | 11,815 | 54 | 28 | 154 | 50,646 | 217,529 |
| Outside NYC | Orange | Inactive | 6,970 | 5,195 | 296 | 81 | 125 | 1,151 | 1 | 1 | 16 | 4,876 | 18,712 |
| Outside NYC | Orange | Total | 86,020 | 74,896 | 4,623 | 705 | 1,255 | 12,966 | 55 | 29 | 170 | 55,522 | 236,241 |
| Outside NYC | Orleans | Active | 5,518 | 10,731 | 542 | 64 | 154 | 1,113 | 3 | 2 | 35 | 5,102 | 23,264 |
| Outside NYC | Orleans | Inactive | 474 | 714 | 56 | 9 | 25 | 112 | 0 | 0 | 3 | 556 | 1,949 |
| Outside NYC | Orleans | Total | 5,992 | 11,445 | 598 | 73 | 179 | 1,225 | 3 | 2 | 38 | 5,658 | 25,213 |
| Outside NYC | Oswego | Active | 17,335 | 31,545 | 1,669 | 153 | 349 | 3,788 | 9 | 3 | 38 | 14,912 | 69,801 |
| Outside NYC | Oswego | Inactive | 1,954 | 2,502 | 147 | 22 | 68 | 507 | 0 | 0 | 11 | 2,035 | 7,246 |
| Outside NYC | Oswego | Total | 19,289 | 34,047 | 1,816 | 175 | 417 | 4,295 | 9 | 3 | 49 | 16,947 | 77,047 |

## NYSVoter Enrollment by County, Party Affiliation and Status
### Voters Registered as of November 1, 2016

| REGION | COUNTY | STATUS | DEM | REP | CON | GRE | WOR | IND | WEP | REF | OTH | BLANK | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Outside NYC | Otsego | Active | 10,561 | 12,995 | 516 | 143 | 140 | 2,147 | 7 | 4 | 43 | 7,291 | 33,847 |
| Outside NYC | Otsego | Inactive | 1,172 | 988 | 58 | 14 | 22 | 279 | 1 | 0 | 4 | 1,085 | 3,623 |
| Outside NYC | Otsego | Total | 11,733 | 13,983 | 574 | 157 | 162 | 2,426 | 8 | 4 | 47 | 8,376 | 37,470 |
| Outside NYC | Putnam | Active | 18,504 | 21,925 | 1,930 | 154 | 217 | 3,789 | 9 | 13 | 42 | 16,311 | 62,894 |
| Outside NYC | Putnam | Inactive | 1,599 | 1,713 | 167 | 11 | 15 | 341 | 0 | 0 | 6 | 1,505 | 5,357 |
| Outside NYC | Putnam | Total | 20,103 | 23,638 | 2,097 | 165 | 232 | 4,130 | 9 | 13 | 48 | 17,816 | 68,251 |
| Outside NYC | Rensselaer | Active | 29,025 | 23,981 | 4,234 | 392 | 1,063 | 7,655 | 20 | 18 | 35 | 29,273 | 95,696 |
| Outside NYC | Rensselaer | Inactive | 2,851 | 1,553 | 290 | 32 | 163 | 763 | 0 | 0 | 8 | 2,716 | 8,376 |
| Outside NYC | Rensselaer | Total | 31,876 | 25,534 | 4,524 | 424 | 1,226 | 8,418 | 20 | 18 | 43 | 31,989 | 104,072 |
| Outside NYC | Rockland | Active | 88,484 | 44,339 | 3,869 | 331 | 924 | 8,099 | 32 | 117 | 6 | 44,530 | 190,731 |
| Outside NYC | Rockland | Inactive | 6,227 | 2,977 | 221 | 42 | 59 | 683 | 1 | 1 | 0 | 3,453 | 13,664 |
| Outside NYC | Rockland | Total | 94,711 | 47,316 | 4,090 | 373 | 983 | 8,782 | 33 | 118 | 6 | 47,983 | 204,395 |
| Outside NYC | Saratoga | Active | 40,441 | 60,732 | 2,423 | 406 | 443 | 9,276 | 8 | 8 | 50 | 38,135 | 151,922 |
| Outside NYC | Saratoga | Inactive | 3,898 | 4,638 | 232 | 50 | 52 | 1,045 | 3 | 0 | 11 | 4,075 | 14,004 |
| Outside NYC | Saratoga | Total | 44,339 | 65,370 | 2,655 | 456 | 495 | 10,321 | 11 | 8 | 61 | 42,210 | 165,926 |
| Outside NYC | Schenectady | Active | 36,087 | 23,789 | 3,266 | 271 | 598 | 5,541 | 34 | 4 | 72 | 23,455 | 93,117 |
| Outside NYC | Schenectady | Inactive | 3,468 | 1,698 | 195 | 40 | 97 | 565 | 0 | 0 | 9 | 2,334 | 8,406 |
| Outside NYC | Schenectady | Total | 39,555 | 25,487 | 3,461 | 311 | 695 | 6,106 | 34 | 4 | 81 | 25,789 | 101,523 |
| Outside NYC | Schoharie | Active | 4,776 | 7,165 | 542 | 62 | 81 | 1,215 | 2 | 0 | 19 | 4,389 | 18,251 |
| Outside NYC | Schoharie | Inactive | 625 | 778 | 56 | 14 | 21 | 216 | 0 | 0 | 4 | 718 | 2,432 |
| Outside NYC | Schoharie | Total | 5,401 | 7,943 | 598 | 76 | 102 | 1,431 | 2 | 0 | 23 | 5,107 | 20,683 |

## NYSVoter Enrollment by County, Party Affiliation and Status
### Voters Registered as of November 1, 2016

| REGION | COUNTY | STATUS | DEM | REP | CON | GRE | WOR | IND | WEP | REF | OTH | BLANK | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Outside NYC | Schuyler | Active | 3,273 | 4,686 | 255 | 64 | 69 | 720 | 1 | 0 | 0 | 2,643 | 11,711 |
| Outside NYC | Schuyler | Inactive | 312 | 367 | 17 | 6 | 12 | 109 | 0 | 0 | 0 | 333 | 1,156 |
| Outside NYC | Schuyler | Total | 3,585 | 5,053 | 272 | 70 | 81 | 829 | 1 | 0 | 0 | 2,976 | 12,867 |
| Outside NYC | Seneca | Active | 5,972 | 7,473 | 429 | 67 | 113 | 988 | 1 | 0 | 1 | 4,074 | 19,118 |
| Outside NYC | Seneca | Inactive | 542 | 577 | 31 | 5 | 17 | 138 | 0 | 0 | 0 | 537 | 1,847 |
| Outside NYC | Seneca | Total | 6,514 | 8,050 | 460 | 72 | 130 | 1,126 | 1 | 0 | 1 | 4,611 | 20,965 |
| Outside NYC | St.Lawrence | Active | 21,744 | 19,980 | 896 | 153 | 266 | 3,298 | 4 | 0 | 62 | 12,238 | 58,641 |
| Outside NYC | St.Lawrence | Inactive | 1,708 | 1,368 | 53 | 30 | 42 | 342 | 0 | 0 | 2 | 1,470 | 5,015 |
| Outside NYC | St.Lawrence | Total | 23,452 | 21,348 | 949 | 183 | 308 | 3,640 | 4 | 0 | 64 | 13,708 | 63,656 |
| Outside NYC | Steuben | Active | 14,186 | 28,174 | 969 | 157 | 265 | 3,018 | 9 | 3 | 58 | 10,365 | 57,204 |
| Outside NYC | Steuben | Inactive | 1,473 | 2,016 | 73 | 32 | 46 | 384 | 0 | 0 | 2 | 1,518 | 5,544 |
| Outside NYC | Steuben | Total | 15,659 | 30,190 | 1,042 | 189 | 311 | 3,402 | 9 | 3 | 60 | 11,883 | 62,748 |
| Outside NYC | Suffolk | Active | 315,662 | 304,019 | 22,349 | 1,944 | 4,390 | 44,484 | 141 | 66 | 659 | 262,847 | 956,561 |
| Outside NYC | Suffolk | Inactive | 25,116 | 19,257 | 1,345 | 167 | 393 | 3,454 | 5 | 2 | 56 | 18,995 | 68,790 |
| Outside NYC | Suffolk | Total | 340,778 | 323,276 | 23,694 | 2,111 | 4,783 | 47,938 | 146 | 68 | 715 | 281,842 | 1,025,351 |
| Outside NYC | Sullivan | Active | 17,324 | 12,675 | 1,075 | 150 | 234 | 2,418 | 13 | 2 | 36 | 11,651 | 45,578 |
| Outside NYC | Sullivan | Inactive | 3,139 | 1,475 | 120 | 29 | 58 | 403 | 0 | 1 | 2 | 1,914 | 7,141 |
| Outside NYC | Sullivan | Total | 20,463 | 14,150 | 1,195 | 179 | 292 | 2,821 | 13 | 3 | 38 | 13,565 | 52,719 |
| Outside NYC | Tioga | Active | 8,038 | 13,642 | 442 | 92 | 122 | 1,714 | 1 | 0 | 47 | 6,382 | 30,480 |
| Outside NYC | Tioga | Inactive | 799 | 1,101 | 37 | 13 | 25 | 202 | 0 | 0 | 3 | 844 | 3,024 |
| Outside NYC | Tioga | Total | 8,837 | 14,743 | 479 | 105 | 147 | 1,916 | 1 | 0 | 50 | 7,226 | 33,504 |

## NYSVoter Enrollment by County, Party Affiliation and Status
### Voters Registered as of November 1, 2016

| REGION | COUNTY | STATUS | DEM | REP | CON | GRE | WOR | IND | WEP | REF | OTH | BLANK | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Outside NYC | Tompkins | Active | 27,518 | 11,728 | 411 | 492 | 223 | 2,344 | 13 | 2 | 77 | 11,853 | 54,661 |
| Outside NYC | Tompkins | Inactive | 3,961 | 1,455 | 47 | 77 | 42 | 426 | 0 | 0 | 18 | 2,557 | 8,583 |
| Outside NYC | Tompkins | Total | 31,479 | 13,183 | 458 | 569 | 265 | 2,770 | 13 | 2 | 95 | 14,410 | 63,244 |
| Outside NYC | Ulster | Active | 41,860 | 28,257 | 2,584 | 687 | 615 | 6,012 | 27 | 3 | 92 | 34,907 | 115,044 |
| Outside NYC | Ulster | Inactive | 4,208 | 2,178 | 202 | 82 | 83 | 625 | 1 | 1 | 23 | 3,841 | 11,244 |
| Outside NYC | Ulster | Total | 46,068 | 30,435 | 2,786 | 769 | 698 | 6,637 | 28 | 4 | 115 | 38,748 | 126,288 |
| Outside NYC | Warren | Active | 10,480 | 18,949 | 636 | 188 | 129 | 2,612 | 4 | 20 | 3 | 8,673 | 41,694 |
| Outside NYC | Warren | Inactive | 1,223 | 1,554 | 53 | 25 | 25 | 358 | 0 | 0 | 2 | 1,262 | 4,502 |
| Outside NYC | Warren | Total | 11,703 | 20,503 | 689 | 213 | 154 | 2,970 | 4 | 20 | 5 | 9,935 | 46,196 |
| Outside NYC | Washington | Active | 8,819 | 14,721 | 662 | 133 | 190 | 2,241 | 3 | 3 | 3 | 7,719 | 34,494 |
| Outside NYC | Washington | Inactive | 868 | 1,079 | 59 | 12 | 35 | 312 | 0 | 0 | 0 | 1,014 | 3,379 |
| Outside NYC | Washington | Total | 9,687 | 15,800 | 721 | 145 | 225 | 2,553 | 3 | 3 | 3 | 8,733 | 37,873 |
| Outside NYC | Wayne | Active | 13,531 | 22,369 | 1,562 | 148 | 283 | 2,985 | 3 | 4 | 78 | 14,385 | 55,348 |
| Outside NYC | Wayne | Inactive | 900 | 928 | 64 | 15 | 31 | 232 | 0 | 0 | 10 | 1,047 | 3,227 |
| Outside NYC | Wayne | Total | 14,431 | 23,297 | 1,626 | 163 | 314 | 3,217 | 3 | 4 | 88 | 15,432 | 58,575 |
| Outside NYC | Westchester | Active | 286,167 | 134,076 | 8,356 | 929 | 1,489 | 22,660 | 95 | 14 | 172 | 144,133 | 598,091 |
| Outside NYC | Westchester | Inactive | 24,772 | 11,597 | 656 | 90 | 188 | 2,227 | 0 | 0 | 14 | 13,457 | 53,001 |
| Outside NYC | Westchester | Total | 310,939 | 145,673 | 9,012 | 1,019 | 1,677 | 24,887 | 95 | 14 | 186 | 157,590 | 651,092 |
| Outside NYC | Wyoming | Active | 5,478 | 11,044 | 560 | 38 | 100 | 1,211 | 0 | 0 | 12 | 5,342 | 23,785 |
| Outside NYC | Wyoming | Inactive | 421 | 645 | 42 | 2 | 17 | 126 | 0 | 0 | 0 | 531 | 1,784 |
| Outside NYC | Wyoming | Total | 5,899 | 11,689 | 602 | 40 | 117 | 1,337 | 0 | 0 | 12 | 5,873 | 25,569 |

## NYSVoter Enrollment by County, Party Affiliation and Status

### Voters Registered as of November 1, 2016

| REGION | COUNTY | STATUS | DEM | REP | CON | GRE | WOR | IND | WEP | REF | OTH | BLANK | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Outside NYC | Yates | Active | 3,219 | 6,474 | 237 | 49 | 60 | 677 | 12 | 20 | 4 | 2,747 | 13,499 |
| Outside NYC | Yates | Inactive | 258 | 389 | 20 | 4 | 10 | 77 | 0 | 0 | 3 | 355 | 1,116 |
| Outside NYC | Yates | Total | 3,477 | 6,863 | 257 | 53 | 70 | 754 | 12 | 20 | 7 | 3,102 | 14,615 |
| Outside NYC Grand Tot | | Active | 2,617,498 | 2,193,199 | 132,831 | 18,333 | 29,646 | 344,690 | 1,147 | 753 | 4,689 | 1,656,556 | 6,999,342 |
| Outside NYC Grand Tot | | Inactive | 219,195 | 144,529 | 8,895 | 2,163 | 3,742 | 33,371 | 30 | 8 | 641 | 153,972 | 566,546 |
| Outside NYC Grand Tot | | Total | 2,836,693 | 2,337,728 | 141,726 | 20,496 | 33,388 | 378,061 | 1,177 | 761 | 5,330 | 1,810,528 | 7,565,888 |
| Within NYC | Bronx | Active | 533,090 | 39,637 | 2,969 | 673 | 2,764 | 13,601 | 236 | 19 | 112 | 97,741 | 690,842 |
| Within NYC | Bronx | Inactive | 68,118 | 5,857 | 438 | 77 | 515 | 2,110 | 11 | 0 | 21 | 14,416 | 91,563 |
| Within NYC | Bronx | Total | 601,208 | 45,494 | 3,407 | 750 | 3,279 | 15,711 | 247 | 19 | 133 | 112,157 | 782,405 |
| Within NYC | Kings | Active | 990,147 | 119,597 | 4,607 | 2,858 | 5,374 | 29,950 | 299 | 27 | 483 | 247,430 | 1,400,772 |
| Within NYC | Kings | Inactive | 86,479 | 10,091 | 437 | 339 | 683 | 3,431 | 1 | 1 | 48 | 24,232 | 125,742 |
| Within NYC | Kings | Total | 1,076,626 | 129,688 | 5,044 | 3,197 | 6,057 | 33,381 | 300 | 28 | 531 | 271,662 | 1,526,514 |
| Within NYC | New York | Active | 674,501 | 92,297 | 1,734 | 1,947 | 1,969 | 28,465 | 209 | 37 | 541 | 183,401 | 985,101 |
| Within NYC | New York | Inactive | 85,544 | 17,686 | 285 | 320 | 334 | 5,917 | 2 | 0 | 114 | 31,097 | 141,299 |
| Within NYC | New York | Total | 760,045 | 109,983 | 2,019 | 2,267 | 2,303 | 34,382 | 211 | 37 | 655 | 214,498 | 1,126,400 |
| Within NYC | Queens | Active | 724,821 | 122,888 | 5,397 | 1,666 | 3,475 | 27,622 | 290 | 33 | 306 | 232,591 | 1,119,089 |
| Within NYC | Queens | Inactive | 46,637 | 8,173 | 402 | 125 | 293 | 2,198 | 2 | 0 | 36 | 15,574 | 73,440 |
| Within NYC | Queens | Total | 771,458 | 131,061 | 5,799 | 1,791 | 3,768 | 29,820 | 292 | 33 | 342 | 248,165 | 1,192,529 |
| Within NYC | Richmond | Active | 125,048 | 81,224 | 4,433 | 380 | 1,138 | 9,678 | 51 | 22 | 124 | 59,189 | 281,287 |
| Within NYC | Richmond | Inactive | 8,656 | 4,526 | 254 | 32 | 106 | 705 | 0 | 0 | 8 | 3,940 | 18,227 |
| Within NYC | Richmond | Total | 133,704 | 85,750 | 4,687 | 412 | 1,244 | 10,383 | 51 | 22 | 132 | 63,129 | 299,514 |

# NYSVoter Enrollment by County, Party Affiliation and Status
## Voters Registered as of November 1, 2016

| REGION | COUNTY | STATUS | DEM | REP | CON | GRE | WOR | IND | WEP | REF | OTH | BLANK | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Within NYC Total | | Active | 3,047,607 | 455,643 | 19,140 | 7,524 | 14,720 | 109,316 | 1,085 | 138 | 1,566 | 820,352 | 4,477,091 |
| Within NYC Total | | Inactive | 295,434 | 46,333 | 1,816 | 893 | 1,931 | 14,361 | 16 | 1 | 227 | 89,259 | 450,271 |
| Within NYC Total | | Total | 3,343,041 | 501,976 | 20,956 | 8,417 | 16,651 | 123,677 | 1,101 | 139 | 1,793 | 909,611 | 4,927,362 |
| Statewide Total | | Active | 5,665,105 | 2,648,842 | 151,971 | 25,857 | 44,366 | 454,006 | 2,232 | 891 | 6,255 | 2,476,908 | 11,476,433 |
| Statewide Total | | Inactive | 514,629 | 190,862 | 10,711 | 3,056 | 5,673 | 47,732 | 46 | 9 | 868 | 243,231 | 1,016,817 |
| Statewide Total | | Total | 6,179,734 | 2,839,704 | 162,682 | 28,913 | 50,039 | 501,738 | 2,278 | 900 | 7,123 | 2,720,139 | 12,493,250 |