# EXHIBIT

# B

# Onondaga County Board of Elections
## Voter Affiliation by Village District

***Report Criteria:*** ***Village Districts '008','012'***
***Voter Status of A - Active***

| | DEM | | REP | | CON | | GRE | | WOR | | IND | | WEP | | REF | | LBN | | SAP | | | | Other Groups | | Non Aff | | Total Affiliated | Registered |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LIVERPOOL** (Females: 872 56%; Males: 663 43%) | 523 | 34% | 488 | 31% | 24 | 1% | 2 | 0% | 2 | 0% | 84 | 5% | 0 | 0% | 0 | 0% | 2 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 410 | 26% | 1,125 | 1,535 |
| **NORTH SYRACUSE** (Females: 2,252 55%; Males: 1,832 44%) | 1,454 | 35% | 1,100 | 26% | 103 | 2% | 12 | 0% | 21 | 0% | 243 | 5% | 1 | 0% | 1 | 0% | 6 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 1,143 | 27% | 2,941 | 4,084 |
| **County Totals** (Females: 3,124 55%; Males: 2,495 44%) | 1,977 | 35% | 1,588 | 28% | 127 | 2% | 14 | 0% | 23 | 0% | 327 | 5% | 1 | 0% | 1 | 0% | 8 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 1,553 | 27% | 4,066 | 5,619 |