**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

| | |
|---|---|
| Matthew Parish,<br><br>*et al.*,<br><br>*Plaintiffs*,<br><br>-against-<br><br>Peter S. Kosinski,<br><br>*et al.*,<br>*Defendants*. | Civ. Action No.: 5:17-CV-0344(BKS/DEP) |

**AFFIDAVIT OF MATTHEW PARISH**
**MEMBER OF THE NEW YORK INDEPENDENCE PARTY**

I, Matthew Parish, pursuant to 28 U.S.C. § 1746, declare as follows under penalty of perjury:

1. My name is Matthew Parish. I have personal knowledge of the facts set forth herein and am otherwise competent to testify.

2. I am a United States Citizen, and I reside at 732 East Robinson Street, North Tonawanda, New York 14120 in North Tonawanda, New York.

3. North Tonawanda is a city within Niagara County. I am currently a registered New York voter and I am a member of the New York Independence Party.

4. As a registered New York voter and member of the New York Independence Party, I want to serve as a witness for candidate petitions in village elections both within and outside my county. I specifically want to serve as a witness to both independent nominating petitions and party designating petitions for candidates in the upcoming June

20, 2017 elections in the villages of North Syracuse and Liverpool, both of which are villages in Onondaga County.

5. I plan to circulate these petitions, but N.Y. Elec. Law §§ 6-204(1), 6-206(2), *id.* §§ 15-108(3) and 15-108(4) prohibits me from doing so because I am not a resident of either the Village of North Syracuse or the Village of Liverpool.

6. Because of the witness residency requirement contained in N.Y. Elec. Law §§ 6-204(1), 6-206(2), *id.* §§ 15-108(3) and 15-108(4), I have not circulated petitions in the Village of North Syracuse of the Village of Liverpool.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this March 23, 2017.

North Tonawanda, New York

Matthew L Parish

Matthew Parish