**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

| | |
|---|---|
| Matthew Parish, *et al.*, *Plaintiffs*, | ) Civ. Action No.: 5:17-CV-0344(BKS/DEP) |
| -against- | ) |
| Peter S. Kosinski, *et al.*, *Defendants*. | ) |

**AFFIDAVIT OF THOMAS JACCARINO**
**MEMBER OF THE NEW YORK INDEPENDENCE PARTY**

I, Thomas Jaccarino, pursuant to 28 U.S.C. § 1746, declare as follows under penalty of perjury:

1. My name is Thomas Jaccarino. I have personal knowledge of the facts set forth herein and am otherwise competent to testify.

2. I am a United States Citizen, and I reside at 1515 Cambridge Ave, North Tonawanda, New York 14120.

3. North Tonawanda is a city within Niagara County. I am currently a registered New York voter and I am a member of the New York Independence Party.

4. As a registered New York voter and member of the New York Independence Party, I want to serve as a witness for candidate petitions in village elections both within and outside my county. I specifically want to serve as a witness to both independent nominating petitions and party designating petitions for candidates in the upcoming June

20, 2017 elections in the villages of North Syracuse and Liverpool, both of which are villages in Onondaga County.

5. I plan to circulate these petitions, but N.Y. Elec. Law §§ 6-204(1), 6-206(2), *id.* §§ 15-108(3) and 15-108(4) prohibits me from doing so because I am not a resident of either the Village of North Syracuse or the Village of Liverpool.

6. Because of the witness residency requirement contained in N.Y. Elec. Law §§ 6-204(1), 6-206(2), *id.* §§ 15-108(3) and 15-108(4), I have not circulated petitions in the Village of North Syracuse of the Village of Liverpool.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this March 23, 2017.

North Tonawanda, New York

Thom M Jaccarin

Thomas Jaccarino