**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

| | |
|---|---|
| Matthew Parish, | ) |
| *et al.*, | ) |
| *Plaintiffs*, | ) Civ. No. 5:17-CV-0344(BKS/DEP) |
| -against- | ) |
| Peter S. Kosinski, | ) |
| *et al.*, | ) |
| *Defendants*. | ) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 28, 2017, he caused to be electronically filed with the Clerk of this Court an Order to Show Cause, and all of its accompanying documents, including the Affidavit of Timothy J. Lambrecht, Esq., on behalf of the captioned Plaintiffs, using the CM/ECF filing system, which sent notification of such filing to all counsel of record.

Dated: March 28, 2017
Syracuse, New York

/s/ Timothy J. Lambrecht, Esq.

Timothy J. Lambrecht, Esq. (510390)
The Wladis Law Firm, P.C.
*Co-Counsel for the Plaintiffs*
6312 Fly Road
PO Box 245
Syracuse, NY 13214
Telephone Number: (315) 445-1700
Facsimile Number: (315) 251-1073
E-mail: tlambrecht@wladislawfirm.com

Jason Torchinsky (VA 47481)*
Shawn Toomey Sheehy (VA 82630)*
Steven P. Saxe
Phillip M. Gordon
HOLTZMAN VOGEL
JOSEFIAK TORCHINSKY PLLC
45 North Hill Drive, Suite 100
Warrenton, Virginia 20186
Phone: 540-341-8808
Fax: 540-341-8809
jtorchinsky@hvjt.law
ssheehy@hvjt.law
spsaxe@hvjt.law
pgordon@hvjt.law
**pro hac vice* applications pending