**TABLE OF CONTENTS**

Page

INTRODUCTION …………………………………………………………………………… 1

STATEMENT OF FACTS ……………………………………………………………….... 2

STANDARD OF REVIEW ……………………………………………………………….. 2

ARGUMENT ………………………………………………………………………………. 4

I. PLAINTIFFS ARE SUBSTANTIALLY LIKELY TO SUCCEED ON THE MERITS …………………………………………………….. 4

A. Witnessing Petition Signatures Is Core Political Speech Protected Under The First Amendment ………………………………… 4

i. Supreme Court ………………………………………………………….... 4

ii. New York Federal And State Courts Have Applied Strict Scrutiny To New York's Witness Residency Requirement In Party Designating Petitions …………………….. 6

iii. New York Federal And State Courts Have Applied Strict Scrutiny To New York's Witness Residency Requirement In Independent Nominating Petitions ……………………… 10

B. New York Law Mandating That Witnesses To Independent Nominating Petitions And Party Designating Petitions Reside In The Village In Which The Candidate Is Campaigning For Public Office Violates Plaintiffs' Core Political Speech Rights ………………... 13

i. The Village Independent Nominating Petition Statute ……………………… 13

ii. The Village Party Designating Statute ……………………………………... 13

iii. The County Boards Of Election And The Village Clerks Have The Power To Invalidate Petitions …………………………… 14

iv. The Witness Requirement In The Party Designating Petition And The Independent Nominating Petition Violate Plaintiffs' First Amendment Rights ……………………………… 14

v. This Court Must Review These Statutes Under Strict Scrutiny ……………. 16

vi. New York Does Not Have A Compelling Interest ………………………… 16

vii. Even If Defendants Do Have A Compelling Interest, The Witness Residency Requirement Is Not Narrowly Tailored …………. 19

viii. Conclusion ………………………………………………………………... 20

II. PLAINTIFFS WILL SUFFER IRREPARABLE HARM ABSENT THE ISSUANCE OF AN INJUNCTION …………………………………………… 20

III. THE BALANCE OF THE HARMS TIPS DECIDEDLY IN PLAINTIFFS' FAVOR ………………………………………. 23

IV. GRANTING THE INJUNCTION IS IN THE PUBLIC'S INTEREST …………... 24

CONCLUSION ……………………………………………………………………………… 25

CERTIFICATE OF SERVICE …………………………………………………………… 26