**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**Matthew Parish, et al.,**

                         **Plaintiffs,**

**v.**                                                    **5:17-CV-0344 (BKS/DEP)**

**Peter S. Kosinski, et al.,**

                         **Defendants.**
_____

**Appearances:**

Jason Torchinsky, Esq.
Shawn T. Sheehy, Esq.
Holtzman Vogel Josefiak Torchinsky PLLC
45 North Hill Drive, Suite 100
Warrenton, VA 20186
Attorney for Plaintiffs

Timothy J. Lambrecht, Esq.
Wladis Law Firm, P.C.
P.O. Box 245
Syracuse, NY 13214
Attorney for Plaintiffs

Aimee M. Cowan, Esq.
Hon. Eric T. Schneiderman
Office of New York State Attorney General
615 Erie Blvd. West, Suite 102
Syracuse, NY 13204
Attorney for Defendants

**Hon. Brenda K. Sannes, United States District Judge:**

**MEMORANDUM-DECISION AND ORDER**

        This action was brought by plaintiffs seeking declaratory and injunctive relief against

officials with the New York State Board of Elections and the Onondaga County Board of

Elections, as well as two village clerks.  (Dkt. No. 1).  An Order of Dismissal By Reason of

Settlement was issued on August 2, 2017 and the case was closed.  (Dkt. No. 56).  Presently

before the Court is plaintiffs' motion for attorney's fees which was filed on September 25, 2017.

(Dkt. No. 57).  A response to the motion was filed October 16, 2017, (Dkt. No. 60), and a reply

was filed October 23, 2017, (Dkt. No. 61).  This matter was referred to United States Magistrate

Judge David E. Peebles who, on February 5, 2018, issued a Report and Recommendation

recommending that plaintiffs in this action be awarded, as against defendants Peter S. Kosinski,

Douglas A. Kellner, Andrew J. Spano, and Gregory P. Peterson, in their official capacities only,

costs and attorney's fees totaling $44,885.45, pursuant to 42 U.S.C. § 1988.  (Dkt. No. 63).

Magistrate Judge Peebles advised the parties that under 28 U.S.C. § 636(b)(1), they had fourteen

days within which to file written objections to the report, and that the failure to object to the

report within fourteen days would preclude appellate review.  (Dkt. No. 63, at 28).  No

objections to the Report and Recommendation have been filed.

As no objections to the Report and Recommendation have been filed, and the time for

filing objections has expired, the Court reviews the Report and Recommendation for clear error.

*See Petersen v. Astrue*, 2 F. Supp. 3d 223, 228–29 (N.D.N.Y. 2012); Fed. R. Civ. P. 72(b)

advisory committee's note to 1983 amendment.  Having reviewed the Report and

Recommendation for clear error and found none, the Court adopts it in its entirety.

For these reasons, it is

**ORDERED** that the Report and Recommendation (Dkt. No. 63) is **ADOPTED** in its

entirety; and it is further

**ORDERED** that plaintiffs in this action be awarded, as against defendants Peter S.

Kosinski, Douglas A. Kellner, Andrew J. Spano, and Gregory P. Peterson, in their official

capacities only, costs and attorney's fees totaling $44,885.45, pursuant to 42 U.S.C. § 1988.

**IT IS SO ORDERED.**

**Dated:  March 26, 2018**

Brenda K. Sannes
U.S. District Judge